ב"ה

The Law Offices of Kissinger Sibanda, Esq

22 Scotland Rd,

Orange NJ 07050

Tel: 973-689-5952

Email: ksibanda@temple.edu

October 16th, 2019

Hon. Judge Batts

United States Court House

40 Thurgood Marshall Court House

New York, NY 10017

**1: 19-cv-07010 (DAB): Andrews v. Barnes and Noble Incorporated**

**<u>Plaintiff's Reminder of Motion</u>**

Hon. Judge Batts,

    This is a kind reminder to the court that a motion to dismiss submitted by defendant is still pending. The last filing in this matter was on April 10th, 2019.

Cordially,

Kissinger N. Sibanda Esq

LL. B (with Hons); LL.M (Federal /Trial), LL.M (State / Trial)

1